**IT IS ORDERED as set forth below:**



**Date: August 23, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 18-66599-pmb |
| | } | |
| Tawanna Savage | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

### ORDER APPROVING APPLICATION FOR COMPENSATION

On June 25, 2021 Saedi Law Group, LLC ("Counsel"), attorney of record for Debtor in the above-styled case, filed an *Application for Compensation* (the "Application")(Doc. No. 73) for resolving a *Motion to Retain Funds* which were fees not included in the base fee. This matter came before the Court on August 5, 2021. No party appeared in opposition to the Application; therefore, it is hereby

**ORDERED** that the Application is *granted*: The Chapter 13 Trustee shall disburse additional compensation in the amount of $450.00 to Saedi Law Group, LLC according to the Debtor's confirmed Chapter 13 Plan.

**[END OF ORDER]**

Presented By:

_____/s/_____
Lorena Saedi
Georgia Bar No. 622072
Saedi Law Group, LLC
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com
Attorney for Debtor


No opposition:

_____/s/_____
Delaycee S. Rowland
Georgia Bar No. 773359
With Express Permission
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

DISTRIBUTION LIST

Saedi Law Group, LLC
3006 Clairmont Road, Ste 103
Atlanta, Georgia 30329

US Trustee
75 Ted Turner Drive, Room 362
Atlanta, Georgia 30303

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013