UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-66599-PMB |
| | ) | |
| TAWANNA SAVAGE | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE PAUL BAISIER |
| | ) | |

**CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO COMPEL TURNOVER OF MORTGAGE ASSISTANCE FUNDS TO THE
CHAPTER 13 TRUSTEE**

Comes now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Response to Debtor's Motion to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee*, and respectfully shows the Court the following:

1.

Debtor's filed this case under Chapter 13 on October 2, 2018, and the Plan was confirmed on May 9, 2019. This Plan currently provides for payments in the amount of $646.00 per month, an applicable commitment period of sixty (60) months and zero percent (0%) dividend to be paid to unsecured creditors.

2.

On October 5, 2022, Debtor filed a Motion to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee (Doc. No. 90) ("the Motion"). The Chapter 13 Trustee opposes Debtor's Motion. Trustee shows that to the extent Debtor may be entitled to receive any governmental mortgage assistance funds, they should be paid directly to PennyMac Loan Services, LLC. It is the Trustee's understanding that such funds might also be required under program guidelines to be paid directly to a borrower's mortgage company.

3.

Additionally, the Trustee is not privy to know how much the Debtor may be entitled to receive (or if she is even approved to received these funds). Trustee is also not privy to know how said funds would be permitted to be applied (whether to pre-petition arrears, post-petition arrears, any fees, etc…) Currently, Trustee is bound to remit funds to PennyMac only pursuant to their allowed pre-petition claim.

4.

The Chapter 13 Trustee requests that Debtor's Motion be denied.

Wherefore, based on the foregoing, the Trustee respectfully requests that the Court deny the Debtor's Motion to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee and for such other and further relief as the Court deems just and proper.

Dated: October 13, 2022.

/s/
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:          678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-66599-PMB |
| | ) | |
| TAWANNA SAVAGE | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE PAUL BAISIER |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Chapter 13 Trustee's *Response to Debtor's Motion to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee* to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):

TAWANNA SAVAGE
2254 OLD SALEM RD, SE
CONYERS, GA  30013

ADDITIONAL NOTICES:

GHFA Affordable Housing, Inc.
c/o GDCA
60 Executive Park South, NE
Atlanta, GA 30329

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Georgia Department of Community Affairs
Central Office
60 Executive Park South, NE
Atlanta, GA 30329

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's *Response to Debtor's Motion to Compel Turnover of Mortgage Assistance Funds to the Chapter 13 Trustee* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SAEDI LAW GROUP, LLC.

Dated: October 13, 2022.

/s/
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:    678-510-1450
mail@13trusteeatlanta.com