IN THE UNITED STATES BANKRUPCTY COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor. | * |
| | * |
| | * DOCKET NO: 18-66599-PMB |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor / Movant, | * |
| | * CONTESTED MATTER |
| vs. | * |
| | * |
| MELISSA J. DAVEY, | * |
| | * |
| CHAPTER 13 TRUSTEE | * |

Motion to Excuse Missed Plan Payments and Motion to Retain Funds from 2020
and 2021 taxes Denying Trustee Motion to Dismiss Chapter 13 Case

I.

This Court has jurisdiction over the proceeding, which arises in a case under the Bankruptcy Code and concerns property of the Debtor / Movant, pursuant to 28 U.S.C. §§ 151, 157, and § 1334 and pursuant to the above-styled Chapter 13 bankruptcy case. This is a confirmed Chapter 13 case. The Debtor / Movant comes before the Court on the Trustee's Motion to Dismiss due to missed Plan payments and non-receipt of taxes for 2020 and 2021.

## II.

Upon the first missed payment after on no occasion missing a Plan payment from October 2018 – September 2022, Trustee promptly filed a motion to dismiss the case in November 2022.

In response, the Debtor explained to her former Counsel (November 2022) that her default in Plan payments was the result of unanticipated and unexpected expenditures caused by a broken water pipe, excessive water bill, and repair costs. Additionally, Debtor experienced an invasion of swarming yellow jackets that ate through the wall exposing herself, disabled daughter and disabled grandson to the threat and danger of bodily harm.

The costs to repair water pipe, the damages from yellow jackets, and subsequent water bills exceeded Debtor's income and caused financial distress (see Attachment A). Debtor asked Counsel to file a motion requesting excusing Plan payments due to these unforeseen expenses; however, this request was not addressed.

## III.

Debtor / Movant asks the Court to excuse plan payments from October 2022 thru December 2022 for the reason that the missed Plan payments were neither deliberate nor an attempt to avoid Debtor obligation to the estate and the cause was beyond Debtor / Movant's control. Debtor /Movant also makes the Court aware that the January 2023 Plan payment has been made and received by the Trustee.

## IV.

Debtor / Movant also requests the Court to allow the Retaining of her Tax Refunds for 2020 and 2021 and shows the Court the following:

1. Debtor is a sixty-six years and ten month old [66.10] female who became ill and developed stress induced Type 2 Diabetes and was admitted to Critical Care in a coma on June 9, 2020 [for 5 days];

2. Debtor has been financially impacted due to circumstances activated by the COVID-19 Pandemic which caused a catastrophic loss of financial stability when my employer closed down the entire department for which I worked while I was out on medical leave (June 30, 2020).

3. In October 2020, Debtor became the responsible party for her disabled daughter and disable grandson who now reside with her.

4. Debtor claimed both as dependents on her 2020 and 2021 taxes as she is the primary caretaker;

5. Upon review of Debtor taxes, it becomes [painfully] obvious that the reduction in my income from the shut-down under COVID-19 has placed a significant strain on my ability to compensate for daily living expenses since I also have co-pays for both doctor visits, prescriptions, medical supplies, transportation for my daughter and grandson to and from their medical appointments.

6. The total amounts requested for retaining are: 1] $3,242 for 2020 and 2] Seven Thousand Two Hundred and Ninety Dollars ($7,290) for a two-year total of Ten Thousand Five Hundred and Thirty-Two Dollars ($10,532.00). Even with these funds retained, the Debtor's standard of living is at poverty level.

7. The 2021 tax return actually went back to the estate as that was the means by which the monthly Trustee payments were made.

8. On January 15, 2023, a septic issue developed requiring a professional solution which must be done every 3-5 years (it has been 4 years). The amount of the care provided is Four Hundred and Fifty Dollars ($450.00, receipt provided).

Debtor / Movant makes these Requests upon the Court for relief by denying *Motion to Excuse Missed Plan Payments and Motion to Retain Funds from 2020 and 2021 taxes Denying Trustee Motion to Dismiss Chapter 13 Case.* This request is made as a means to help subsidize my daily living expenses.

Prepared and presented by:
Tawanna Savage

*Tawanna Savage* /s/
_____
Tawanna Savage, Debtor / Movant
Pro Se
2254 Old Salem Road, SE
Conyers, GA  30013
Email: tawannasavage@yahoo.com

# IN THE UNITED STATES BANKRUPCTY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| TAWANNA SAVAGE, | * |
| Debtor. | * |
| | * DOCKET NO: 18-66599-PMB |
| TAWANNA SAVAGE, | * |
| Debtor / Movant, | * |
| | * CONTESTED MATTER |
| vs. | * |
| MELISSA J. DAVEY, | * |
| CHAPTER 13 TRUSTEE | * |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the *Motion to Excuse Missed Plan Payments and Motion to Retain Funds from 2020 and 2021 taxes Denying Trustee Motion to Dismiss Chapter 13 Case* has been mailed with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022 upon the following to wit:

> Ms. Melissa J. Davey
> Chapter 13 Trustee
> 233 Peachtree Street, N.E.
> Suite 2255 Atlanta, GA 30303

Prepared and presented by:

Tawanna Savage /s/
_____
Tawanna Savage, Debtor / Movant Pro Se
2254 Old Salem Road, SE
Conyers, GA  30013
Email: tawannasavage@yahoo.com

-5-



Attachment A

Tawanna Savage
2254 Old Salem Road, SE
Conyers, GA  30013
678-629-1974

---

VIA CERTIFIED MAIL #70221670000120123994

Melissa J. Davey
Standing Chapter 13 Trustee
233 Peachtree Street NE, Ste. 2250
Atlanta, GA 30303

Copy

Re:  Request to Excuse Plan Payments
October 1st – December 31st, 2022

Dear Ms. Davey;

As was explained during the December 15, 2022 zoom Hearing in Judge Baisier Courtroom; I hereby *Request to Excuse Plan Payments* October 1st – December 31st, 2022 due to following reasons:

1. I have been financially impacted by circumstances activated by the COVID-19 Pandemic which caused a catastrophic loss of my pecuniary stability from which I have not recovered since June 30, 2020;

2. Although I had never missed a plan payment since the beginning of my Chapter 13 case October 2018 – September 2022; environments beyond my control presented themselves causing me to become unable to make Plan Payments at that time.  Below, you will find validation for this claim:

    a. Yellow-Jackets (hornets) infiltration of the house requiring expert Wildlife Exterminators to eradicate this dangerous invasion: Cost of Treatment: $500.00 [see Attachment #1];

    b. ruptured water pipe causing a regular water bill averaging $27 per month to jump to a total amount of $1,211.87 [Aug – Sept 2022]. Current Bill as of 12/29/2022: $748.79: see Attachment #2];

    c. repair of broken water pipe: $350.00 – Aug. 2022 (see Attachment #3]

3. This matter was brought before my previous attorneys with a request to inform Trustee of the unexpected financial hardship this problem affected in addition to the impact COVID-19 initiated, this was not done.

Request to Excuse Plan Payments<br>
October 1st – December 31st, 2022<br>
Page 2

I became Pro Se over my Chapter 13 case on December 14, 2022 and am thus submitting this Request to my Trustee.

Most Sincerely,

*[signature]*

Tawanna Savage
Debtor, Pro Se

Attachments




# ARROW EXTERMINATORS
**Beyond The Call.**
www.arrowexterminators.com

Arrow Exterminators, Inc.
1855 Horizon Pkwy NE
Ste B
Buford, GA 30518
770-513-4799    INV# 48328217

## SERVICE SLIP / INVOICE

### SERVICE CHARGES

| | |
|---|---|
| CURRENT SERVICE CHARGE | $ |
| TAX | $ |
| PREVIOUS BALANCE | $ |
| LATE CHARGE | $ |
| TOTAL DUE | $ 250.00 |
| AMOUNT PAID | $ 250.00 |

STEPS Services™

### SERVICE ADDRESS
Tawanna Savage
2254 Old Salem Rd Se
Conyers, GA 30013-2018

TYPE: R-WL OT
tawannasavage@yahoo.com
678-629-1974/678-629-1974 C/B DATE:

### ROUTE INFORMATION
BCPRICE
07/29/22
04:00 PM

CUST# 2254499

### SERVICE INSTRUCTIONS
WLOT for yellow jackets. Collect $250. 1 of 2 treatments

- ☐ PREPAID
- ☐ CASH
- ☑ CHECK# Bank Card
- ☑ CREDIT CARD
  - ☐ VISA
  - ☐ MC
  - ☐ DISCOVER
  - ☐ AMEX

Attachment #1

| Service Location | Specific Area | Target Pest | Method | Materials Used | Amount Used |
|---|---|---|---|---|---|
| ☐ Kitchen | | | | | |
| ☐ Dining Room | | | | | |
| ☐ Living Room | | | | | |
| ☐ Family Room/Den | | | | | |
| ☐ Bedroom 1: __ Adult __ Child | | | | | |
| ☐ Bedroom 2: __ Adult __ Child | | | | | |
| ☐ Bedroom 3: __ Adult __ Child | | | | | |
| ☐ Bedroom 4: __ Adult __ Child | | | | | |
| ☐ Bath Room 1 | | | | | |
| ☐ Bath Room 2 | | | | | |
| ☐ Utility/Laundry Room | | | | | |
| ☐ Attic | | | | | |
| ☐ Basement: __ Finished __ Unfinished | | | | | |
| ☐ Garage | | | | | |
| ☐ Crawl Space | | | | | |
| ☑ Exterior | | 1A | 13 | 100 | 1 oz |

### Service Professional Comments:
Treated yellow jacket nest per agreement.

E-CONSENT:

### Integrated Pest Management Recommendations

| | | | Y | N |
|---|---|---|---|---|
| 1 | Webster Service to remove spider webs, wasp nests, etc…? | | | |
| 2 | Vegetation touching the structure? (specify) | | | |
| 3 | Live insects observed? (specify) | | | |
| 4 | Moisture condition(s) observed? (specify) | | | |
| 5 | Evidence of rodents observed? (specify) | | | |
| 6 | Evidence of Mosquitoes observed? (specify) | | | |
| 7 | Evidence of Fire Ants observed? (specify) | | | |
| 8 | Other | | | |

X Tawanna Savage
CUSTOMER SIGNATURE

Brooks Rice/Michael Diaz
SERVICE PROFESSIONAL NAME (PRINT)

7 / 29 / 2022
DATE

SP32656
REGISTRATION / CERTIFICATION NO.

Time In: 1:15   am (pm)
Time Out: _____ am   pm

PAYMENT: When a check is provided as payment, the Customer agrees that the COMPANY is authorized to use check information to make a one-time electronic funds transfer from Customer's account or to process the payment as a check transaction. For inquiries, please call 1-888-GO-ARROW.

* SEE BACK FOR MORE DETAILS ON SERVICE CODES, CUSTOMER INSTRUCTIONS / PRECAUTIONS
WHITE - OFFICE COPY    YELLOW - CUSTOMER COPY

ARW-SAS-200-GA Rev. 7/21

# ARROW EXTERMINATORS
_Beyond The Call._
www.arrowexterminators.com

Arrow Exterminators, Inc.
Ste B
Buford, GA  30518
770-513-4799    INV# 48402842

## SERVICE SLIP / INVOICE

**PLEASE PAY FROM THIS INVOICE**

### SERVICE CHARGES

| | |
|---|---|
| CURRENT SERVICE CHARGE | $ |
| TAX | $ |
| PREVIOUS BALANCE | $ |
| LATE CHARGE | $ |
| TOTAL DUE | $ |
| AMOUNT PAID | $ |

STEPS Services™

### SERVICE ADDRESS
Tawanna Savage
2254 Old Salem Rd Se
Conyers, GA  30013-2018

TYPE: R-WL OT
tawannasavage@yahoo.com
678-629-1974/678-629-1974  C/B DATE:

### ROUTE INFORMATION
KYFREEMAN
08/05/22
04:00 PM

CUST# 2254499
07/29/22

### SERVICE INSTRUCTIONS
WL OT for yellow jackets. Collect $250 2 of 2 treatments

$500

☐ PREPAID
☐ CASH
☐ CHECK# _____
☐ CREDIT CARD
☐ VISA
☐ MC
☐ DISCOVER
☐ AMEX

| Service Location | Specific Area | Target Pest | Method | Materials Used | Amount Used |
|---|---|---|---|---|---|
| ☐ Kitchen | | | | | |
| ☐ Dining Room | | | | | |
| ☐ Living Room | | | | | |
| ☐ Family Room/Den | | | | | |
| ☐ Bedroom 1: __ Adult __ Child | | | | | |
| ☐ Bedroom 2: __ Adult __ Child | | | | | |
| ☐ Bedroom 3: __ Adult __ Child | | | | | |
| ☐ Bedroom 4: __ Adult __ Child | | | | | |
| ☐ Bath Room 1 | | | | | |
| ☐ Bath Room 2 | | | | | |
| ☐ Utility/Laundry Room | | | | | |
| ☐ Attic | | | | | |
| ☐ Basement: __ Finished __ Unfinished | | | | | |
| ☐ Garage | | | | | |
| ☐ Crawl Space | | | | | |
| ☒ Exterior | under right window | 12 | 3 | 1.00 | 1.32 |

### Service Professional Comments:
Treated for yellow jackets per agreement.
E-CONSENT: Sealed entry point.

### Integrated Pest Management Recommendations
Y  N
1. Webster Service to remove spider webs, wasp nests, etc…?   Thank you! Have a great day!
2. Vegetation touching the structure? (specify)
3. Live insects observed? (specify)
4. Moisture condition(s) observed? (specify)
5. Evidence of rodents observed? (specify)
6. Evidence of Mosquitoes observed? (specify)
7. Evidence of Fire Ants observed? (specify)
8. Other

_Tawanna Savage_   8/5/2022
CUSTOMER SIGNATURE    DATE

_Brad_    SP39655
SERVICE PROFESSIONAL NAME (PRINT)    REGISTRATION / CERTIFICATION NO.

Time In: 4:15  am/**pm**
Time Out: 5:20  am/**pm**

PAYMENT: When a check is provided as payment, the Customer agrees that the COMPANY is authorized to use check information to make a one-time electronic funds transfer from Customer's account or to process the payment as a check transaction. For inquiries, please call 1-888-GO-ARROW.

* SEE BACK FOR MORE DETAILS ON SERVICE CODES, CUSTOMER INSTRUCTIONS / PRECAUTIONS
WHITE - OFFICE COPY    YELLOW - CUSTOMER COPY

ARW-SAS-200-GA Rev. 7/21

Attachment #2



**ROCKDALE WATER RESOURCES**
P.O. BOX 1378
CONYERS, GA 30012-1378

FOR QUESTIONS REGARDING YOUR
BILL CALL (770) 278-7400

www.rockdalewaterresources.com

PAY ONLINE AT
www.rockdalewaterresources.com

PAY BY PHONE
1-833-PAY-ROCK (1-833-729-7625)

### ACCOUNT INFORMATION

| | |
|---|---|
| Account Number: | 415390-220342 |
| Statement #: | 4752168 |
| Bill Date: | 09/21/2022 |
| Due Date: | 10/11/2022 |

768

TAWANNA SAVAGE
2254 OLD SALEM RD SE
Conyers GA 30013

**Service Address:** 2254 OLD SALEM RD SE

### SPECIAL MESSAGE

All past due balances are subject for Disconnect

| SERVICE TYPE | METER READ DATES | METER NUMBER | PREVIOUS READ | CURRENT READ | 1000 GAL | CHARGE |
|---|---|---|---|---|---|---|
| Water 5/8" Base and Volume | 08/18/2022 - 09/20/2022 | 112684248 | 305 | 366 | 61 | $455.47 |

*Beginning 10/11/22* (handwritten)

Current Charges: $455.47

### ANNUAL WATER CONSUMPTION COMPARISON



### ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $781.40 |
| Last Payment 09/12/2022 - Thank you! | $-25.00 |
| Total Amount Due | $1211.87 |
| Amount Due if Paid After 10/11/2022 | $1257.42 |

YOU MAY INCUR ADDITIONAL PENALTIES IF FULL BALANCE IS NOT PAID BY DUE DATE

KEEP THIS PORTION FOR YOUR RECORDS

---

Please include your account number on your check.
Make check payable to ROCKDALE WATER RESOURCES

DETACH AND RETURN THIS REMITTANCE PORTION OF THE BILL WITH YOUR PAYMENT

## Payment Coupon

☐ See reverse for address change or credit card payment.

| PAST DUE CHARGES | CURRENT CHARGES | TOTAL DUE | TOTAL AMOUNT PAID |
|---|---|---|---|
| $756.40 | $455.47 | $1211.87 | |

**Service Address:** 2254 OLD SALEM RD SE

TAWANNA SAVAGE
2254 OLD SALEM RD SE
Conyers GA 30013

| | |
|---|---|
| Account Number: | 415390-220342 |
| Statement #: | 4752168 |
| Bill Date: | 09/21/2022 |
| Due Date: | 10/11/2022 |

ROCKDALE WATER RESOURCES
P.O. BOX 1378
CONYERS, GA 30012

Due date is for current charges only.
Previous balance is subject to disconnection.

4153902203420000075640000001211879

Attachment #2



**ROCKDALE WATER RESOURCES**
P.O. BOX 1378
CONYERS, GA 30012-1378

Rockdale Water Resources

FOR QUESTIONS REGARDING YOUR
BILL CALL (770) 278-7400

www.rockdalewaterresources.com

PAY ONLINE AT
www.rockdalewaterresources.com

PAY BY PHONE
1-833-PAY-ROCK (1-833-729-7625)

| ACCOUNT INFORMATION | |
|---|---|
| Account Number: | 415390-220342 |
| Statement #: | 4752168 |
| Bill Date: | 09/21/2022 |
| Due Date: | 10/11/2022 |

768

TAWANNA SAVAGE
2254 OLD SALEM RD SE
Conyers GA 30013

Service Address:   2254 OLD SALEM RD SE

**SPECIAL MESSAGE**
All past due balances are subject for Disconnect

| SERVICE TYPE | METER READ DATES | METER NUMBER | PREVIOUS READ | CURRENT READ | 1000 GAL | CHARGE |
|---|---|---|---|---|---|---|
| Water 5/8" Base and Volume | 08/18/2022 - 09/20/2022 | 112684248 | 305 | 366 | 61 | $455.47 |

Current Charges   $455.47



Beginning 10/11/22

| ACCOUNT ACTIVITY | |
|---|---|
| Previous Balance | $781.40 |
| Last Payment 09/12/2022 - Thank you! | $-25.00 |
| Total Amount Due | $1211.87 |
| Amount Due if Paid After 10/11/2022 | $1257.42 |

YOU MAY INCUR ADDITIONAL PENALTIES IF FULL BALANCE IS NOT PAID BY DUE DATE

KEEP THIS PORTION FOR YOUR RECORDS

---

Please include your account number on your check.
Make check payable to ROCKDALE WATER RESOURCES

DETACH AND RETURN THIS REMITTANCE PORTION OF THE BILL WITH YOUR PAYMENT

**Payment Coupon**

See reverse for address change or credit card payment.

| PAST DUE CHARGES | CURRENT CHARGES | TOTAL DUE | TOTAL AMOUNT PAID |
|---|---|---|---|
| $756.40 | $455.47 | $1211.87 | |

Service Address:   2254 OLD SALEM RD SE

TAWANNA SAVAGE
2254 OLD SALEM RD SE
Conyers GA 30013

Account Number:   415390-220342
Statement #:   4752168
Bill Date:   09/21/2022
Due Date:   10/11/2022

**ROCKDALE WATER RESOURCES**
P.O. BOX 1378
CONYERS, GA 30012

Due date is for current charges only.
Previous balance is subject to disconnection.

4153902203420000075640000001211879

Attachment #3

 **Intuit**

Visit site  •••

• New payment request from Smith APMC, LLC - invoice 1195          Yahoo/Inbox ☆

 Smith APMC, LLC <quickbooks@notification.intuit.com>      Sat, Sep 3, 2022 at 3:55 PM ☆
To: tawannasavage@yahoo.com

### INVOICE 1195 DETAILS



### Smith APMC, LLC

# $350.00

Review and pay

Powered by QuickBooks

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
SmithAPMC, LLC

**Bill to**         Tawanna Savage
         2254 Old Salem Rd
         Conyers, Ga 30013

08/03/2022

**Plumbing repairs**                                      $350.00

Dig the earth, repair the leak, replace dirt

1 X $350.00

                                        Balance due     $350.00

Review and pay

Smith APMC, LLC

2079 Joseph E Boone Blvd Atlanta, GA 30314 US

+1 4045661639     smithapmcmaintenance@gmail.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



**Intuit**
www.intuit.com

Visit site

- Payment confirmation: Invoice #1195 (Smith APMC, LLC)    Yahoo/Inbox

- **QuickBooks Payments** <quickbooks@notification.intuit    Sat, Sep 3, 2022 at 4:02 PM
  **To:** tawannasavage@yahoo.com



## You paid $350.00

to **Smith APMC, LLC** on 09/03/2022

## Payment details

| | |
|---|---|
| Invoice no. | 1195 |
| Invoice amount | $350.00 |
| Total amount | **$350.00** |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |

**invoicecloud**

• Rockdale Water Resources Invoice# 415390-4841479 Notification          Yahoo/Inbox ☆

• **Rockdale Water Resources** <no-reply@invoicecloud.i    Thu, Dec 29, 2022 at 2:34 AM ☆
  To: tawannasavage@yahoo.com



You have a new invoice from Rockdale Water Resources!

Want to be reminded later? Click here.

# Dear TAWANNA SAVAGE

## Account Information

### Second Notice

Your invoice is available to view online. This is a friendly reminder that your bill is due soon. Please pay today or schedule your payment to be processed before the invoice due date. If you have already paid this invoice, please disregard this email.

You may also access your invoice via our Customer Portal at https://www.invoicecloud.com/rockdalewaterresources.

To access your invoice, please click the **View Invoice or Pay Now** button or log on to our Customer Portal at https://www.invoicecloud.com/rockdalewaterresources.

Account Number:
415390-220342

Invoice Number:
415390-4841479

Invoice Due Date:
1/8/2023

Balance Due:
$748.79

Rockdale Water Resources is resuming water disconnections on Tuesday, January 17, 2023. For more details, please

Find messages, documents, photos or peo

← Back    Archive    Move    Delete    Spam    ...    X

**Re: Request for payment suspension 18-66599-PMB Tawanna Savage**    Yahoo/Sent

**tawanna savage** <tawannasavage@yahoo.com>    Tue, Jan 10 at 1:18 PM
To: Mail
Cc: Delaycee Rowland, Taylor Schlairet Mansell

Ms. Davey,

Judge Baisier himself said to just write to the Trustee regarding this matter. Actually, the Judge said a Motion would not be necessary. As a hearing is coming up for 1/12/2023, I will notify the Court regarding your response.

Tawanna Savage
Debtor
Pro Se

--------------------------------------------------------------

On Tuesday, January 10, 2023 at 10:16:11 AM EST, Mail <mail@13trusteeatlanta.com> wrote:

Good morning, Ms. Savage,

I received your mailed letter and supporting documentation requesting a plan payment suspension in your case for October-December 2022. <u>Please be advised that you must make this request to the Bankruptcy Court by filing a motion. I do not have authority to grant a payment suspension, only the Court does.</u> I have copied my staff attorneys, Delaycee Rowland and Taylor Mansell, as well since they work on cases assigned to Judge Baisier and since there is a hearing on our Motion to Dismiss scheduled for this week. I would also like to point out that your case is also over term by 14 months, so you will have to figure out a way to resolve that issue by and I think it will require an increase to your plan payments. I know you terminated your attorney, but you may want to seek legal advice from another attorney to see if it makes sense to continue in this case or whether you might be better off doing something else. Unfortunately, I cannot give you legal advice. I do wish you the best of luck in resolving your financial issues.

Thanks,

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee

Office of Melissa J. Davey | Standing Chapter 13 Trustee, Northern District of Georgia

Suite 2250 | 233 Peachtree Street, NE | Atlanta, GA 30303 |

Telephone: 678.510.1480 (direct)

Fax: 678.510.1450

www.13trusteeatlanta.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or

MAKE CHECKS PAYABLE TO ARNOLD BOWEN

INVOICE # **10399**

# ARNOLD'S SEPTIC TANK SERVICE, INC.

TANKS INSTALLED • TANKS PUMPED
LINES REPAIRED • BACKHOE WORK

3466 Hightower Trail • Conyers, GA 30012 • 770-483-8542

| Date: 1/10/23 | Work Order # 5178 |
|---|---|
| Bill To: Name: Towanna Savage | Authorization # |
| | Job Location: Name: |
| Address: 2254 Old Salem Rd | Address: |
| City: Conyers | City: |
| Phone: 678/624/1974 | Phone: |
| Email: | |

| | | | | |
|---|---|---|---|---|
| Tank Size: 1000 | Depth: 1ft | | $ 450 | 00 |
| Line-House to Tank | ☐ OK | ☒ Unstopped | | |
| TS - Outlet ✗ | ☒ Inlet | | | |
| Tank Condition Roots | | | | |
| Field System | ☐ OK | ☐ Needs Repair | | |
| Tank Location Back middle | | | | |
| Septic Tank Treatment | ☐ Liquid | | | |
| | ☐ Tablets | | | |

call office for drainfield. will
fill back up
Outlet T + Px gone

Arnold's Septic Tank Services is not responsible for damage to driveways, utilities yards, etc.

inlet  filter

Customer Signature - I acknowledge and accept disclaimer

Next Recommended Pumping  3 yrs

Cash ☐   Check ☐   CC# ☒  31.          $ 450  00
                    exp.  Nov 31          **TOTAL**