IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| IN RE: | |
| TAWANNA SAVAGE, | |
| Debtor. | |
| | DOCKET NO: 18-66599-PMB |
| TAWANNA SAVAGE, | |
| Debtor / Movant, | |
| | NON-CONTESTED MATTER |
| vs. | |
| | AFFIDAVIT AND MEMORANDUM |
| HOMEOWNER ASSISTANT FUND, | OF LAW FILED IN SUPPORT |
| Respondent. | |

## MOTION TO COMPEL RESPONDENT TO TURNOVER MORTGAGE GRANT FUNDS OVER TO THE CHAPTER 13 TRUSTEE

**COMES NOW, TAWANNA SAVAGE**, Debtor and Movant and hereby files her Motion to Compel the Respondent to turnover grant funds to the Trustee as property of the estate under **11 U.S.C. § 1306(a)(1)** and show the Court as follows:

### I. GROUNDS FOR GRANTING MOTION

1. First, on or about March 24th, 2023, the Respondent, Homeowner Assistant Fund, "HAF" has approved Movant's request for a $50,000.00 grant, hereinafter referred to as "Grant Funds." See, Movant's Affidavit filed in support.

2. That said Grant Funds has been acquired by the Debtor during the course of these bankruptcy's proceeding and is now property of Debtor's bankruptcy's estate according to **11 U.S.C. § 1306(a)(1)**. Therefore, **11 U.S.C. § 541** provides virtually all a debtor's assets, tangible and intangible is vested in the bankruptcy estate.

3. Secondly, the Trustee of Debtor's estate has legal duties, when administering the estate and protecting the rights of all parties according to **11 U.S.C. § 704(a)(1)(2)**. See, *In re Walter Energy, Inc.*, 911 F. 3d 1121 (11th Cir. 2018) (*"The trustee must distribute the cash proceeds generated from the sale of the estate's property according to the priority rules set forth in the Bankruptcy Code..."*).

4. Moreover, the duties of the Trustee to accept the Grant Funds from the Respondent on behalf of the Debtor are clearly stated under Federal law. However, the Trustee has the discretion to abandon the Grant Funds upon leave of Court.

5. Until leave is granted to the Trustee, the Trustee duties under **11 U.S.C. § 704(a)(1)(2)**, remains the same and the Trustee must comply with Federal law. [1]

6. Finally, Movant also has affirmative duties to disclose and inform the Court and Trustee of said property ("Grant Funds"), that come into existence during these bankruptcy's proceedings as a matter of Federal law. See, **11 U.S.C. § 521(3)(4)**.

7. The Federal statute under **11 U.S.C. § 1306(a)(1)**, reads as follows:

> **"(a) Property of the estate includes, in addition to the property specified in section 541 of this title—**
>
> **"(1) all property of the kind specified in such section that the debtor acquires after the commencement of the case but before the case is closed, dismissed, or converted to a case under chapter 7, 11, or 12 of this title, whichever occurs first...."**

---

[1] 11 U.S.C. § 704(a)(1)(2) - Duties of trustee
"(a) The trustee shall—
"(1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest;
"(2) be accountable for all property received..."

## II. CONCLUSION

1. The Debtor conclude that Respondent do not oppose Movant's motion, nor has Respondent filed any response opposing Movant's motion after notice.

2. The Trustee's objections to Movant's motion is without merit, and must be overruled, due to the Trustee's legal duties to the estate found under **11 U.S.C. § 704(a)(1)(2).** See, <u>In re Walter Energy, Inc.</u>, 911 F. 3d 1121 (11th Cir. 2018).

3. Finally, the approved grant funds that will be given by the Respondent to the Debtor, upon Debtor's execution of the grant documents, will become property of the estate under **11 U.S.C. § 541(a)(1)(7).** See, <u>Parker v. Wendy's Intern., Inc.</u>, 365 F. 3d 1268 (11th Cir. 2004). Therefore, Movant motion should be granted.

### V. MOVANT'S REQUEST FOR RELIEF

WHEREFORE, the Movant hereby move this Court for an order as follows:

1. The Court orders the Respondent to turn over all grant funds to the Trustee as approved by the Respondent, upon the Debtor's final execution of all required grant approval documents, which have been requested by the Respondent;

2. Upon receipt of any grant funds from the Respondent to the Bankruptcy's Trustee, the Trustee shall apply any grant funds proceeds, to any outstanding arrears noted by the Trustee; and

3. After payment of any due arrears, the remainder of said grant funds, shall be turnover and paid to Debtor's creditor, PennyMac, by the Trustee on behalf the Debtor, with Trustee's direction and instructions, that PennyMac shall apply such grant funds towards the principal amount of Debtor's principal mortgage balance and *(excluding any interest during the time of the automatic stay)*, as shown on either, Debtor's (1) most current mortgage statement or (2) Security Deed; and

4. Finally, that if the Trustee either abandon its property rights to the Grant Funds or deny that said funds are property of the estate or object and oppose Movant's request stated in her motion to compel, then the Court shall direct and order the Respondent to turnover said Grant Funds to the Debtor to be used at Debtor's discretion, without fault or liability.

Date: March 30th, 2023

Respectfully submitted,

*/s/ Tawanna Savage*

Ms. Tawanna Savage, PRO SE
Attorney for the Debtor / Movant
2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022 upon the following to wit:

>GHFA Affordable Housing, Inc. c/o GDCA 60 Executive Park South, N.E.
>Atlanta, Georgia 30329
>
>Ms. Melissa J. Davey
>Chapter 13 Trustee
>233 Peachtree Street, N.E. Suite 2255
>Atlanta, Georgia 30303
>
>Ms. Tawanna Savage, Debtor 2254 Old Salem Road, S.E. Conyers, Georgia 30013

Date: March 30th, 2023

Respectfully submitted,

_____
Ms. Tawanna Savage, PRO SE
Attorney for the Debtor / Movant
2254 Old Salem Road, S.E. Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com