IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| TAWANNA SAVAGE, | |
| Debtor. | |
| TAWANNA SAVAGE, | DOCKET NO: 18-66599-PMB |
| Debtor / Movant, | |
| vs. | NON-CONTESTED MATTER |
| HOMEOWNER ASSISTANT FUND, | |
| Respondent. | |



### AFFIDAVIT OF TAWANNA SAVAGE, MOVANT / DEBTOR

**PERSONALLY APPEARED** before me, the undersigned attesting officer duly authorized by law to administer oaths is TAWANNA SAVAGE after being duly sworn, and deposes and states the following:

1. My name is TAWANNA SAVAGE. I suffer from no mental disability. Therefore, I am competent to give this second affidavit.

2. On March 24th, 2024, the Respondent notified me that the Grant of $50,000.00 for the Homeowner Assistant Fund, "HAF" has been approved.

3. I am obligated under 11 U.S.C. § 521(3)(4), to notify the Court and the Chapter 13 Bankruptcy's Trustee and to cooperate with the Trustee that the Grant Funds has now become property of the estate pursuant to 11 U.S.C. § 1306(a)(1).

4. Based upon my personal knowledge, it is the duties of Chapter 13 Bankruptcy's Trustee under 11 U.S.C. § 704(a)(1)(2), to (1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest; and (2) be accountable for all property received for the estate. See, Id.

5. Therefore, I file my motion to compel the Respondent to turn over the approved Grant Funds to the Trustee as property of the bankruptcy's estate.

IN WITNESS AND TESTIMONY HEREOF, I give this affidavit based upon my personal knowledge as evidence in support of my motions.

FURTHER AFFIANT SAYTH NOT.

This __30th__, day of __March__, 2023.

Respectfully Submitted,

_____
Tawanna Savage, Affiant

Sworn to and subscribed before me,

This __30th__ day of __March__, 2023.

_____
3/30/2023
NOTARY PUBLIC