**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our website.**

U.S. District Court

Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/1/2023 at 9:06 AM EDT and filed on 5/26/2023

**Case Name:**    Savage v. Homeowner Assistant Fund
**Case Number:**    1:23-cv-02366-LMM
**Filer:**    Tawanna Savage
**Document Number:** 1

**Docket Text:**
**Bankruptcy Notice of Appeal, USBC Case#: 18-66599-pmb. Notice of Appeal filed 5/25/2023 from Order entered 5/12/2023 by Appellant Tawanna Savage. Fee Paid: No. filed by Tawanna Savage. (Attachments: # (1) Doc. #122 NOA, # (2) Doc. #120 Appealed Order, # (3) Docket Sheet) (pdt) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.**

**1:23-cv-02366-LMM Notice has been electronically mailed to:**

Lorena Lee Saedi    lsaedi@saedilawgroup.com

**1:23-cv-02366-LMM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=6/1/2023] [FileNumber=13296422-0
] [59d6f39f3bc81953c4d18ba9055a58ec8763fd06ac5df08a8f52c128c69de9e5567
28e5e8afb01e5e3c82ae9aa7106a9648543c8275f2201e3a83af84db389fd]]
**Document description:** Doc. #122 NOA
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=6/1/2023] [FileNumber=13296422-1
] [8d3c114ef972db8344dd2087f82b1feb07dca54b54b6b0342f50f7c4012f6fe263b
5b581660ee4fedd4ee062e6a1cd57e088e201c3632dbbcb8f47da9b5c05ef]]
**Document description:** Doc. #120 Appealed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=6/1/2023] [FileNumber=13296422-2
] [8b4fd79f5a9d8cae5dde5579edab4401c7f72fa52b6a06846d3dbd23c75042b506b
e3e1ca264d59148d0b2f3f19ebb8ade6904a0ec716836ba53b17ff4b13e77]]
**Document description:** Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=6/1/2023] [FileNumber=13296422-3
] [7a9fe9ef700184d53d6ef72e569e26cd7d82f024d71659a56d641eb36c514d2c22a
3e4e9af065bec4ce7f16836f2fc596a47c58a9dda418f5d602bf93e365138]]