IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor | * |
| | * |
| _____ | * |
| | * DOCKET NO: 18-66599-PMB |
| TAWANNA SAVAGE, | * |
| | * |
| Debtor /Pro Se | * |
| | * |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Tawanna Savage, Plaintiff, in the above-captioned case, and voluntarily dismisses the referenced action, without prejudice, with each party to bear his or her own costs and fees.

This 27th day of October, 2003.

*/s/ Tawanna Savage*
Tawanna Savage, PRO SE
Attorney for the Debtor

**2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:                               * | |
| TAWANNA SAVAGE,           * | |
|     Debtor.                     * | DOCKET NO: <u>18-66599-PMB</u> |
| TAWANNA SAVAGE,           * | |
|     Debtor / Pro Se,          * | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served all parties of record in the instant matter with a copy of the enclosed **Voluntary Dismissal Without Prejudice** via Certified Mail as follows:

    Ms. Melissa J. Davey
    Standing Chapter 13 Trustee
    233 Peachtree Street, N.E.
    Suite 2255
    Atlanta, Georgia 30303

Respectfully this ___27th___, day of October 2023.

_____
Tawanna Savage, PRO SE
Attorney for the Debtor

2254 Old Salem Road, S.E.
Conyers, Georgia 30013
Phone: (678) 629-1974
Email: tawannasavage@yahoo.com